# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:06cv35

| | |
|---|---|
| LAWRENCE W. LONG, | ) |
| Plaintiff, | ) |
| v. | ) |
| AMERICOLD LOGISTICS, LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S MOTION FOR DION Y. KOHLER TO APPEAR PRO HAC VICE

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Americold Logistics, LLC for admission *pro hac vice* of Dion Y. Kohler, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendant Americold Logistics, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that Dion Y. Kohler shall pay to the Court the fees required by Local Rule 83.1(B).

Signed: February 15, 2006

David C. Keesler
United States Magistrate Judge