UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LAWRENCE W. LONG, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:06 CV 35 |
| AMERICOLD LOGISTICS, LLC | ) |
| Defendant. | ) |

**ORDER**

It is SO ORDERED that the Joint Stipulation and Order of Confidentiality before this Court is GRANTED.

Signed: May 24, 2006

David C. Keesler
United States Magistrate Judge