# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| LAWRENCE W. LONG,  Plaintiff,  vs.  AMERICOLD LOGISTICS, LLC,  Defendant. | C.A. No: 3:06-cv-35 |

## MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Lawrence W. Long, by his undersigned counsel, hereby stipulates, consents and agrees to dismissal of his claims in this action with prejudice; and

WHEREAS, Defendant AmeriCold Logistics, LLC, by its undersigned counsel, hereby stipulates, consents and agrees to dismissal of its counterclaims against Plaintiff in this action with prejudice;

WHEREAS, the parties have agreed that this action is to be dismissed *with prejudice*, including, without limitation, all claims which both parties have asserted or could have asserted against the other;

THEREFORE, the Parties respective claims are hereby dismissed with prejudice. Each party shall bear their own costs and attorneys' fees which are due.

SO ORDERED this __1__ day of December, 2006.

ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE